UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA, MIAMI DIVISION

IN RE:

ELISA NORMA HERNANDEZ                    CASE NO.:  12-11730-LMI

    Debtor(s)                                               CHAPTER 7

ADDRESS:    2844 SW 138 PATH
                         MIAMI, FL 33175

LAST 4 OF SSN:     xxx-xx-2171

_____/

**GREEN TREE SERVICING, LLC, AS SERVICER FOR FANNIE MAE'S MOTION FOR RELIEF
FROM AUTOMATIC STAY FOR CAUSE**

"Any interested party who fails to file and serve a written
response to this motion within 14 days after the date of
service stated in this motion shall, pursuant to Local Rule
4001-1(C), be deemed to have consented to the entry of
an order granting the relief requested in the motion."

GREEN TREE SERVICING, LLC, AS SERVICER FOR FANNIE MAE ("CREDITOR"), by and through its undersigned counsel, hereby moves the Court pursuant to Section 362(d) of the Bankruptcy Code for relief from the automatic stay for cause and says:

    1.    CREDITOR is a creditor of ELISA NORMA HERNANDEZ ("DEBTOR").

    2.    An Affidavit in Support of the Motion for Relief is attached hereto as CREDITOR'S Exhibit "A."

    3.    The Debtor filed a voluntary petition pursuant to Chapter 7 of the Bankruptcy Code on February 4, 2012.

    4.    CREDITOR holds a security interest in the Debtor's principal residence, located at 2844 SW 138TH PATH, MIAMI, FL 33175 by virtue of a Mortgage which secures a Note executed by the Debtor. A copy of the executed Final Judgment is attached as Exhibit "1".

    5.    The Mortgage gives CREDITOR a lien on "The Property" legally described as:

LOT 8, BLOCK 1, OF MARBELLA ESTATES, ACCORDING TO THE PLAT THEREOF, RECORDED IN PLAT BOOK 160, PAGE 14, OF THE PUBLIC RECORDS OF MIAMI-DADE COUNTY, FLORIDA.

## CREDITOR ENTITLED TO RELIEF

6. Based on DEBTOR'S Schedules, the subject property is a homestead property.

7. The bankruptcy trustee has not filed a Trustee's Report of No Distribution.

8. Payments pursuant to the Mortgage have been in default, as more particularly set forth in the Creditor's Affidavit in Support attached hereto and incorporated herein as Exhibit "A".

9. The Debtor is indebted to the CREDITOR the amount of $297,201.82, with interest accruing at the rate set forth in the Final Judgement, plus advances as prescribed in the Final Judgement. Pursuant to the requirements of Local Rule 4001-1(B) and Motion for Relief Guidelines Section C (8), CREDITOR incorporates the Affidavit in Support, which includes a copy of the Final Judgement.

10. Pursuant to the Property Appraiser, the property is valued at $251,190.00. Please refer to Exhibit "2" of the attached affidavit in support of the Motion for Relief. Pursuant to *Rule 803(8) Federal Rules of Evidence*, the property appraiser valuation is permissible.

11. CREDITOR'S post petition payment address is 1400 TURBINE DRIVE, RAPID CITY SD 57703.

12. Creditor's security interest in the subject property is being significantly jeopardized by the Debtor's failure to make regular payments under the subject loan documents while Creditor is prohibited from pursuing lawful remedies to protect such interest.

13. CREDITOR maintains that cause exists pursuant to 11 U.S.A. §362(d)(1) for the automatic stay to be lifted.

14. If CREDITOR is not permitted to enforce its security interest in the collateral or provided with adequate protection, it will suffer irreparable injury, loss and damage.

**CONCLUSION**

**WHEREFORE,** GREEN TREE SERVICING, LLC, AS SERVICER FOR FANNIE MAE prays the Court enter an order granting it relief from the automatic so it may enforce its Note and mortgage in state court by proceeding with its action to foreclose on the property which secures the mortgage.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth Local Rule 2090-1(A).

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this day, March 6, 2012, I served copy of the foregoing either electronically and/or via first class U.S. mail upon:

ELISA NORMA HERNANDEZ
2844 SW 138 PATH
MIAMI, FL 33175
*Debtor(s)*

SINTIA S SAENZ
10900 NW 25 ST #200
DORAL, FL 33172
*Attorney for Debtor(s)*

JOEL TABAS
14 NE 1 AVE PH
MIAMI, FL 33132
*Trustee*

        SMITH, HIATT & DIAZ, P.A.
        Attorneys for Creditor
        2691 E. Oakland Park Blvd.
        Suite 303
        Fort Lauderdale, FL  33306
        Phone: (954) 564-0071
        Fax:  (954) 564-9252
        E-mail: rdiaz@smith-hiatt.com


        By:  /s/Roy A. Diaz
            Roy A. Diaz
            Florida Bar No.767700

1432-121204